[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-10485
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 13, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 97-00314-CR-J-20-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARK RAYMOND FORD,
a.k.a. Dred,
a.k.a. Benjamin Lee Green,
a.k.a. Donald Wray,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 13, 2009)

Before CARNES, BARKETT and FAY, Circuit Judges.

PER CURIAM:

Charles L. Truncale, appointed counsel for Mark Raymond Ford, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order denying Ford's motion for relief under 18 U.S.C. § 3582(c)(2) is **AFFIRMED**.